**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES A. BLOW, III,

        Plaintiff,

v.                                          Case No. 6:16-cv-416-Orl-37GJK

WALTON FAMILY; WALMART
STORES; and SAMS CLUB STORES,

        Defendants.

## ORDER

This cause is before the Court on the following:

1. Plaintiff's Civil Rights Complaint Form (Doc. 1), filed March 11, 2016;

2. Plaintiff's Affidavit of Indigency (Doc. 2), filed March 11, 2016;

3. U.S. Magistrate Gregory J. Kelly's Report and Recommendation (Doc. 3), filed March 14, 2016; and

4. Plaintiff's Written Objections (Doc. 5), filed March 25, 2016.

Alongside his Complaint (Doc. 1), Plaintiff filed an Affidavit of Indigency in support of his request to proceed *in forma pauperis* (Doc. 2 ("Application")). Magistrate Judge Gregory J. Kelly recommends that the Court deny Plaintiff's Application and dismiss the Complaint on the following grounds: (1) Plaintiff fails to allege a basis for the exercise of subject matter jurisdiction; (2) Plaintiff lacks standing; and (3) the Complaint is facially frivolous. (Doc. 3. ("**R&R**").) Plaintiff objects to the R&R. (Doc. 5 ("**Objections**").)

When a party objects to a magistrate judge's findings, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part,

the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues based on the record independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

Upon consideration of the Complaint, R&R, and Objections, the Court agrees with Magistrate Judge Kelly's well-reasoned recommendation and finds that the R&R is due to be adopted.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. U.S. Magistrate Gregory J. Kelly's Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED**.

2. Plaintiff's Written Objections (Doc. 5) are **OVERRULED**.

3. Plaintiff's Affidavit of Indigency (Doc. 2) is **DENIED**.

4. Plaintiff's Civil Rights Complaint Form (Doc. 1) is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to **CLOSE** the action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 3, 2016.

ROY B. DALTON JR.
United States District Judge

---

[1] In light of Magistrate Judge Kelly's recommendations that amendment would be futile and that the Court close the case (Doc. 3, p. 5), the Court presumes that the recommendation to dismiss the case *without* prejudice is a scrivener's error. This Court agrees that amendment would be futile and, therefore, will dismiss the action with prejudice.

Copies:

Counsel of Record

Pro Se Party